PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | **FILED** U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS |
| vs. ) | AUG 26 2025 |
| Dion Raglin ) | TAMMY H. DOWNS, CLERK |
| ) Case No. 0860 4:25CR00114 | By: _____ DEP CLERK |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Dion Raglin_____, have discussed with _____Aumri E. Duncan_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

You must participate in a mental health program under the guidance and supervision of the probation office.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8-12-2025         _____  8/12/25
Signature of Defendant       Date              Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      8-12-25
Signature of Defense Counsel                 Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on   8/26/25
☐ The above modification of conditions of release is *not* ordered.

_____                      8/26/25
Signature of Judicial Officer                 Date